# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Dwight Alonzo Littles, Jr. *also known as Lonzo also known as Cash also known as Lambo, Jr.*, *Plaintiff* v. E.L. Clements, III *Solicitor*; Ryan White *Prosecutor*; The Grand Jurors of Florence County *Grand Jurors*; Thomas McFadden *Investigator/Detective*, *Defendants* | ) ) ) ) ) ) | Civil Action No.  4:19-cv-02485-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Dwight Alonzo Littles, Jr. *also known as Lonzo also known as Cash also known as Lambo, Jr.*, shall take nothing of the defendants, E.L. Clements, III *Solicitor*, Ryan White *Prosecutor*, The Grand Jurors of Florence County *Grand Jurors* and Thomas McFadden *Investigator/Detective*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  May 8, 2020

ROBIN L. BLUME, CLERK OF COURT

s/L. Baker

*Signature of Clerk or Deputy Clerk*